UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MSG SPORTS, LLC and NEW YORK KNICKS, LLC,<br><br>      Plaintiff,<br><br>  -against-<br><br>JOHN DOES 1-100, JANE DOES 1-100, and XYZ COMPANIES 1-100,<br><br>      Defendants. | 26-CV-1321 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The Clerk of Court is respectfully directed to issue electronic summonses to all the Doe parties in this case.


  SO ORDERED.

Dated: February 20, 2026
   New York, New York

              ARUN SUBRAMANIAN
            United States District Judge