**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MSG SPORTS, LLC and NEW YORK KNICKS, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN DOES 1-100, JANE DOES 1-100, and XYZ COMPANIES 1-100,<br><br>Defendants. | Case No. 1:26-cv-01321-AS<br><br>**ORDER OF PRELIMINARY INJUNCTION AND ORDER OF SEIZURE** |

Plaintiffs MSG Sports and New York Knicks, LLC (collectively, "Plaintiffs") having moved by Order to Show Cause for an injunction enjoining and restraining the Defendants, and those acting in concert with them, from manufacturing, selling and/or distributing merchandise bearing the names, logos or trademarks (collectively, the "Intellectual Property") associated with the New York Knicks (the "Team") and permitting the seizure of such merchandise, and service of the summons and complaint and supporting documents having been effected upon the Defendants; and Plaintiffs' application for a preliminary injunction and order of seizure having come on for a hearing before the Honorable Arun Subramanian, United States District Judge, on the 26th day of February, 2026, at 2:00 p.m. at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007, and Defendants having been notified of said hearing, and Plaintiffs having appeared by their counsel, and there having been no other appearances;

**NOW**, on presentation and consideration of Plaintiffs' application for a preliminary injunction and order of seizure, the declaration submitted in support thereof, and the entire record in this case, the Court finds as follows:

4923-2844-4049

1.      By reason of the long, substantial and continuous use of the Team's Intellectual Property, the Intellectual Property has acquired secondary meaning as a source indicator for the Team and for products and services associated with the Team;

2.      The Defendants, and those acting in concert or participation with them, have infringed upon Plaintiffs' rights in the Team's Intellectual Property, and have committed acts of unfair competition against the Plaintiffs, by manufacturing, distributing, offering for sale, and selling unauthorized merchandise bearing the Team's Intellectual Property (the "Bootleg Merchandise") at or around the Madison Square Garden arena (the "MSG Arena") in New York City during the Team's current 2025-2026 season without having obtained a license or any other authorization to do so;

3.      The said acts of the Defendants, and those acting in concert or participation with them, constitute a violation of the Lanham Act, 15 U.S.C. § 1125(a) in that they:

(a)      involve goods or services;

(b)      are activities which affect interstate commerce; and

(c)      are likely to cause confusion or deception as to the origin of the Bootleg Merchandise in that they falsely represent that such merchandise is made by, sponsored by, or otherwise associated with the Team or the Plaintiffs;

4.      Defendants, and those acting in concert or participation with them, will continue to sell such unauthorized Bootleg Merchandise at the Team's games for the remainder of the season unless enjoined by the Court; and

5.      Copies of the Court's February 17, 2026 Order to Show Cause with Temporary Restraining Order; the Summons, Complaint, and supporting documents have been served upon the Defendants, and Bootleg Merchandise has been seized from the Defendants by Plaintiffs or third-party law enforcement.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that Defendants, their agents, servants, employees, attorneys, successors, assigns, and all persons, firms, and corporations acting in concert or participation with said Defendants, are enjoined and restrained from:

    (i)     Using Plaintiffs' Intellectual Property in connection with the sale, offering for sale, distribution, or advertising of any clothing, hats or other merchandise; or

    (ii)    Manufacturing, distributing, selling, or holding for sale any clothing, hats, or other merchandise which carries or otherwise uses Plaintiffs' Intellectual Property; or

    (iii)   Aiding, abetting, inducing, or encouraging another to perform any of the acts enjoined herein.

**IT IS FURTHER ORDERED** that on behalf of Plaintiffs, Plaintiffs or third party law enforcement, including the United States Marshal for this district, the state and the local police, and local deputy sheriffs, and persons acting under their supervision, are hereby authorized to seize and impound any and all Bootleg Merchandise bearing Plaintiffs' Intellectual Property associated with the Team which Defendants, or their agents, servants, employees, successors and assigns, and all those acting in concert or participation with them, attempt to sell or are holding for sale (including any carton, container, or other means of carriage in which the Bootleg Merchandise is found) in connection with any professional sporting events of the Team from three (3) hours before through one (1) hour after any professional sporting event of the Team within the area not to exceed two (2) blocks north, east, south or west of the MSG Arena that is located in Midtown Manhattan between 7th and 8th Avenues from 31st to 33rd Streets through and until the conclusion of the Team's current 2025-2026 season which will end by June 30, 2026.

**IT IS FURTHER ORDERED** that such confiscated Bootleg Merchandise shall be delivered to Plaintiffs' counsel or representatives, or their designees, pending final disposition of this action.  All clothing, hats, and other Bootleg Merchandise bearing Plaintiffs' Intellectual

3

Property which is sold, or held for sale, in connection with any professional sporting event of the Team at or around the MSG Arena in New York City during the Team's 2025-2026 season, shall be deemed to be merchandise subject to the seizure provisions of this order.

**IT IS FURTHER ORDERED** that this preliminary injunction is conditioned upon personal service of a copy of this Order and the Summons and Complaint being made upon the Defendants or other persons enjoined hereby contemporaneously with the seizure authorized herein. If any Defendants believe their merchandise has been seized unlawfully, they may contest that by contacting plaintiffs' counsel, Abigail Remore, by email at ajremore@csglaw.com or by phone at 973.530.2114. Defendants may also contact the Chambers of Judge Subramanian at 500 Pearl Street, New York, New York, 10007.

**IT IS FURTHER ORDERED** that all unauthorized items heretofore or hereafter seized in this action be delivered up to the Plaintiffs, or to Plaintiffs' authorized representative, pending final disposition of this matter.

**IT IS FURTHER ORDERED** that the injunctive and seizure provisions of this order shall expire upon conclusion of the Team's 2025-2026 season on June 30, 2026, unless otherwise extended by further order of this Court.

**IT IS FURTHER ORDERED** that the undertaking in the amount of $25,000.00 heretofore deposited with the Clerk of this Court to secure payment of costs incurred in enforcing the provisions of the temporary restraining order is hereby continued until final disposition of this matter or further order of this Court.

_____
HON. ARUN SUBRAMANIAN, U.S.D.J.

Dated:   New York, New York
         February 27, 2026

4