UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MSG SPORTS, LLC and NEW YORK
KNICKS, LLC,

                              Plaintiff,

          -against-

JOHN DOES 1-100, JANE DOES 1-100, and
XYZ COMPANIES 1-100,

                              Defendants.

26-CV-1321 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

     If plaintiffs anticipate seeking further relief from this Court, they should notify the Court by April 30, 2026. Otherwise, the Court will administratively close this case.

     SO ORDERED.

Dated: April 23, 2026
     New York, New York

_____
  ARUN SUBRAMANIAN
  United States District Judge